JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN LOPEZ, | No. 5:25-cv-01160-AJR |
| Plaintiff, | [~~PROPOSED~~] JUDGMENT |
| v. | |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: 9/25/2025

*/s/ Joel Richlin*
HON. A. JOEL RICHLIN
United States Magistrate Judge

-1-